UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS J. DONOGHUE,<br><br>　　　　　　*Plaintiff,*<br><br>　　-v.-<br><br>1-800-FLOWERS.COM, INC.,<br><br>　　　　　　*Nominal Defendant,*<br><br>　　and<br><br>PLEASANT LAKE PARTNERS LLC, PLP MASTER FUND LP AND FUND I INVESTMENTS, LLC,<br><br>　　　　　　*Defendants.* | Index Action No. 2:25cv 6370 (FB)(SIL)<br><br>**ANSWER OF NOMINAL DEFENDANT 1-800-FLOWERS.COM, INC.** |

　　　　Nominal Defendant 1-800-Flowers.com, Inc. ("Flowers"), by its undersigned attorneys, responding to the Complaint herein, alleges as follows:

　　　　1.　Refers all questions of law to the Court.

　　　　2.　Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2.

　　　　3.　Denies, but admits that the Class A common stock of 1-800-FLOWERS is registered pursuant to Section 12(b) of the Act and such shares are traded on the NASDAQ Global Select Market.

　　　　4.　Admitted.

　　　　5.　Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraphs 5-8.

6. Paragraph 9 of the Complaint addresses issues of law which do not require a factual response from Flowers.

7. Flowers respectfully refers the Court to the documents referred to in Paragraph 10 of the Complaint for the true contents thereof. Beyond that, Flowers denies having knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 10.

8. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraphs 11-17.

WHEREFORE, Flowers demands such relief as the Court deems just and proper, including its attorneys' fees arising out of its involvement in this action.

Date: New York, New York

January 26, 2026

    Yours, etc.

    Cahill Gordon & Reindel LLP

    s/Thomas J. Kavaler
    Thomas J. Kavaler

    32 Old Slip
    New York, NY 10005
    (212) 701-3406

    Attorneys for Nominal Defendant
    1-800-Flowers.com, Inc.