# CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| 900 16th STREET, N.W. Suite 500 | 221 W. 10th STREET | 20 FENCHURCH STREET |
| WASHINGTON, DC 20006 | WILMINGTON, DE 19801 | LONDON EC3M 3BY |
| (202) 862-8900 | (302) 884-0000 | +44 (0) 20 7920 9800 |

February 9, 2026

Re: <u>Donoghue v. 1-800-FLOWERS.COM, INC., et al., CV 25-6370 (FB)(SIL)</u>

Dear Judge Locke:

      I represent the Nominal Defendant 1-800-FLOWERS.COM, INC. (the "Company") herein. I write pursuant to Rule 2 of this Court's Individual Motion Practices respectfully to request that I be excused from attending the Initial Conference before Your Honor scheduled for February 23, 2026 as well as subsequent Court proceedings in this action.

      As you Honor knows, this is a Section 16-b short swing securities action. The Company's only role is, at the end of the day, to receive the net proceeds, if any, of any judgment or settlement as the statute contemplates, but otherwise to stand silent. The Company takes no position on the merits of any issue in this case, vel non. The Company, however, seeks to avoid incurring any expense in connection with a claim it did not choose to bring.

      There are two relevant facts underlying the Company's reluctance to incur unnecessary expense.

      First, as they were required to do, Plaintiff's counsel made a demand on the Company to bring these claims. Believing in the exercise of its business judgment the pursuit of these claims to be diseconomic, the Company declined to do so. Requiring the Company to attend Court proceedings at which it will take no position on any issue would require it involuntarily to expend on legal fees the very amounts that it has already declined to commit voluntarily to this case, including the cost of travelling to Central Islip for conferences or other Court appearances.

      Second, this is not the Company's first experience with a 16-b action filed in this Court. In 2015 the Company was likewise named as a nominal defendant in Packer v. Raging Capital Management LLC, et al, 15-cv-05933 (LDW). I appeared at the initial conference therein before the Honorable Gary R. Brown (then a Magistrate Judge) and requested to be excused from attending further proceedings for the same reason. Judge Brown granted my request and that action thereafter proceeded for nine years, including two trips to the Court of Appeals (in which I did not participate) before finally settling in December 2024 for a sum which, after the payment of fees to plaintiff's counsel, resulted to a net payment to the Company of an amount that most likely would have been exceeded by my fees had I been required actively to participate in all Court proceedings throughout those nine years. (It is my understanding that the fee award to plaintiff's counsel therein was but a fraction of the time charges he incurred

during those nine years, thus demonstrating the wisdom of the Company's business decision not to pursue what it deemed to be diseconomic litigation in the first place).

  Accordingly, I respectfully request that I be excused from being required to attend the February 23 conference and subsequent proceedings. I will, of course, respond to any discovery requests of the real parties in interest and otherwise do anything that may be required.

  I have conferred with counsel for Plaintiff and he does not oppose this request. No one has yet appeared for Defendants.

            Respectfully submitted,

            s/

            Thomas J. Kavaler

Hon. Steven J. Locke
United States Magistrate Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip N.Y. 11722

Filed via CM/ECF